IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | | |
|---|---|---|
| PEACE TABERNACLE OF LUBBOCK TEXAS, INC., | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 5:24-cv-00021 |
| CHURCH MUTUAL INSURANCE COMPANY, S.I., f/k/a CHURCH MUTUAL INSURANCE COMPANY, | § § § § § | |
| Defendant. | § § | |

## DEFENDANT'S NOTICE OF REMOVAL

Defendant Church Mutual Insurance Company, S.I. ("Church Mutual or "Defendant") files this Notice of Removal under 28 U.S.C. §§ 1332, 1441, and 1446 and states:

## I.
## INTRODUCTION

1. Plaintiff Peace Tabernacle of Lubbock Texas, Inc. ("Plaintiff" or "Peace Tabernacle") commenced this lawsuit on December 6, 2023 by filing Plaintiff's Original Petition in the 99th Judicial District Court of Lubbock County, Texas; Cause No. DC-2023-CV-1573.

2. This lawsuit arises out of Plaintiff's claim for coverage under an insurance policy issued by Church Mutual. Plaintiff's Original Petition, which includes a jury demand, alleges breach of contract, violations of the Texas Insurance Code, violations of the Texas DTPA, violations of the Prompt Payment of Claims Act, and breach of the duty of good faith and fair dealing against Church Mutual.

3. Church Mutual was served with Plaintiff's Original Petition on December 13, 2023. Church Mutual thus files this Notice of Removal within the 30-day time period required by 28 U.S.C. § 1446(b).

## II.
## VENUE IS PROPER

4. Venue is proper in the United States District Court for the Northern District of Texas, Lubbock Division, under 28 U.S.C. §§ 124(a)(7) and 1441(a) because this district and division embrace the place in which the removed action has been pending.

## III.
## BASIS FOR REMOVAL

5. Removal of this action is proper under 28 U.S.C. § 1441 because it is a civil action brought in a state court and the federal courts have original jurisdiction over the subject matter pursuant to 28 U.S.C. § 1332.

6. Removal is proper because there is now, and was at the time this action was filed, complete diversity of citizenship between Plaintiff and Defendant, and the amount in controversy exceeds $75,000 excluding interest and costs.

**A.     Removal is Proper Because Complete Diversity of Citizenship Exists Between Plaintiff and Defendant.**

7. Plaintiff Peace Tabernacle of Lubbock Texas, Inc. is a non-profit corporation incorporated in the State of Texas with its principal place of business in Lubbock County, Texas. Plaintiff is thus a citizen of Texas for diversity jurisdiction purposes.

8. Church Mutual Insurance Company, S.I. is an insurance company incorporated in the State of Wisconsin with its principal place of business located in Merrill, Wisconsin. Church Mutual is a citizen of Wisconsin for purposes of diversity of citizenship. Church Mutual is not a citizen of the State of Texas.

9. Based on the foregoing, there is now, and was at the time this action was filed, complete diversity of citizenship between Plaintiff and Defendant.

**B.   Removal is Proper Because Plaintiff's Claimed Damages Exceed This Court's Jurisdictional Threshold of $75,000.**

10.   It is facially apparent that Plaintiff's claims in this suit exceed $75,000, exclusive of interest, costs, and attorneys' fees. Therefore, Defendant's burden to establish the amount in controversy exceeds this Court's jurisdictional threshold is satisfied.[1]

11.   Here, Plaintiff's Original Petition states that Plaintiff seeks "monetary relief over $1,000,000.00, exclusive of interest and costs."[2] It is thus facially apparent that Plaintiff's claims exceed this Court's jurisdictional threshold of $75,000.

12.   Because there is complete diversity among the parties and the amount in controversy requirement is satisfied, this Court has jurisdiction pursuant to 28 U.S.C. § 1332(a).  Removal is therefore proper.

## IV.
## COMPLIANCE WITH 28 U.S.C. § 1446 AND LOCAL RULE 81.1

13.   As required by 28 U.S.C. § 1446(a) and Local Rule 81.1, copies of the following are attached to (or filed with) this Notice of Removal:

a.  An index of all documents attached to (or filed with) this Notice that clearly indefinites each such document and indicates the date the document was filed in state court (if applicable) – identified as **Exhibit A**;

b.  A copy of the docket sheet in the state court action – identified as **Exhibit B**;

c.  Each document filed in the state court action (as separate attachments arranged in chronological order according to state court filing date) – identified as **Exhibits C-1 through C-4**; and

d.  A separately signed certificate of interested persons that complies with LR 3.1(c) or 3.2(e), – identified as **Exhibit D**;

---

[1]   *Allen v. R & H Oil & Gas Co.*, 63 F.3d 1326, 1335 (5th Cir. 1999).

[2]   Plaintiff's Original Petition, ¶ 4, attached hereto as **Exhibit C-1**.

**DEFENDANT'S NOTICE OF REMOVAL**                                                                                            Page 3

14. Pursuant to 28 U.S.C. § 1446(d), a true and correct copy of this Notice of Removal will be filed with the clerk of the District Court of Lubbock County, Texas promptly after the filing of this Notice of Removal

15. Pursuant to 28 U.S.C. § 1446(d), written notice of filing this Notice of Removal will be given to all adverse parties promptly after filing.

## V.
## JURY DEMAND

16. Plaintiff has demanded a jury trial in its Original Petition.

## VI.
## CONCLUSION

WHEREFORE, Defendant Church Mutual Insurance Company, S.I., request that this action be removed from the 99th Judicial District Court of Lubbock County, Texas, to the United States District Court for the Northern District of Texas, Lubbock Division, and that this Court enters such further orders as may be necessary and appropriate.

Respectfully submitted,

By: */s/ Lindsey P. Bruning*
Lindsey P. Bruning
Texas Bar No. 24064967
lbruning@zellelaw.com
Kiri D. Deonarine
Texas Bar No. 24105298
kdeonarine@zellelaw.com

**ZELLE LLP**
901 Main Street, Suite 4000
Dallas, TX 75202-3975
Telephone:   214-742-3000
Facsimile:   214-760-8994

**ATTORNEYS FOR DEFENDANT CHURCH MUTUAL INSURANCE COMPANY, S.I.**

## CERTIFICATE OF SERVICE

    A true and correct copy of the foregoing has been served on the following counsel of record in accordance with FEDERAL RULES OF CIVIL PROCEDURE on this 12th of January 2024:

Preston J. Dugas III
State Bar No. 24050189
pdugas@dcclawfirm.com
Vincent P. Circelli
State Bar No. 24058804
vcircelli@dcclawfirm.com
Andrew D. Spadoni
State Bar No. 24109198
aspadoni@dcclawfirm.com
DUGAS & CIRCELLI, PLLC
1701 River Run, Suite 703
Fort Worth, TX 76107
Telephone:     817-945-3061
Facsimile:     682-219-0761
***Attorneys for Plaintiff Peace Tabernacle of Lubbock Texas, Inc.***

                                    */s/ Lindsey P. Bruning*
                                        Lindsey P. Bruning