IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | | |
|---|---|---|
| PEACE TABERNACLE OF LUBBOCK TEXAS, INC., | § § § § § § § § § § § § § § | |
| Plaintiff, | | |
| v. | | No. 5:24-CV-021-H-BV |
| CHURCH MUTUAL INSURANCE COMPANY, SI f/k/a CHURCH MUTUAL INSURANCE COMPANY, | | |
| Defendant. | | |

### ORDER

The parties filed a Joint Motion to Dismiss with Prejudice. Dkt. No. 29. The Court construes the motion to dismiss as a joint stipulation of dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). All parties who have appeared signed the stipulation, and it is approved. "Except in special circumstances, . . . a voluntary order of dismissal requested by both parties is effective upon filing and does not require the approval of the court." *Ramming v. Nat. Gas Pipeline Co. of Am.*, 390 F.3d 366, 369 n.1 (5th Cir. 2004); *see* Fed. R. Civ. P. 41(a)(1)(A)(ii). The Clerk of Court is directed to terminate the motion at docket number 29 and close this case. The parties shall each bear their own costs and attorney's fees.

**SO ORDERED** on June 3, 2025.

_____
AMANDA 'AMY' R. BURCH
UNITED STATES MAGISTRATE JUDGE